**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 00-6840

JOHN RICHARD WIATROWSKI,

Plaintiff - Appellee,

versus

COMMISSIONER OF CORRECTION; ALEXANDER FRANCIS,
Warden; DISABILITY RIGHTS SECTION, Civil
Rights Division, U.S. Department of Justice,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Alexander Williams, Jr., District Judge.
(CA-00-162-AW)

Submitted:  September 21, 2000     Decided:  September 29, 2000

Before WILKINS, NIEMEYER, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

John Richard Wiatrowski, Appellant Pro Se.  John Joseph Curran,
Jr., Attorney General, David Phelps Kennedy, OFFICE OF THE ATTORNEY
GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

John Richard Wiatrowski appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Wiatrowski v. Commissioner of Correction, No. CA-00-162-AW (D. Md. June 7, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED